No. 418, Misc.   KITCHIN v. MISSOURI ET AL.   Supreme Court of Missouri.   Certiorari denied.

No. 419, Misc.   CALDWELL v. MICHIGAN.   C. A. 6th Cir.   Certiorari denied.

No. 421, Misc.   ARMSTRONG v. NEW YORK.   Appellate Division of the Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.

No. 422, Misc.   NOR WOODS v. TEETS, WARDEN.   District Court of Appeal of California, First District, and Supreme Court of California.   Certiorari denied.

No. 424, Misc.   BRAASCH ET AL. v. UTAH.   C. A. 10th Cir.   Certiorari denied.   A. W. Sandack for Sullivan, petitioner.

No. 425, Misc.   RICHARDSON v. DELMORE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   Supreme Court of Washington.   Certiorari denied.

No. 427, Misc.   SIKES v. PENNSYLVANIA.   County Court of McKean County, Pennsylvania.   Certiorari denied.

No. 429, Misc.   HALL v. SKEEN, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 430, Misc.   SPAMPINATO ET UX. v. M. BREGER & Co., INC.   C. A. 2d Cir.   Certiorari denied.

No. 434, Misc.   AHEARN v. JACKSON, WARDEN.   Court of Appeals of New York.   Certiorari denied.